| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Browning, James O. | 2. Court or Organization  U.S.D. C. for District of NM | 3. Date of Report  05/10/2010 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination,　　Date  ☐ Initial　☑ Annual　☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2009  to  12/31/2009 |
| 7. Chambers or Office Address  333 Lomas Blvd NW Suite 660  Albuquerque, NM 87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Custodian | Custodial Account #3 |
| 3. Director/Vice Chairman | Christian Scholarship Fund |
| 4. Director/President | Inn of the Courts |
| 5. Director | Tenth Circuit Historical Society |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Browning, James O.

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Sunset Mesa Schools Inc., wages |
| 2. 2009 | Self Employed - School Choir Director, income from students' parents |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Pound Institute | July 24 - 26, 2009 | San Francisco, CA | Guest Lecturer | Transportation, Lodging & Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Corporation | | | | | | | | | See NOTE 1 @ Part VIII |
| 2. --Working Interest-Cercion #6, Lea County, NM | | None | J | U | | | | | |
| 3. --Working Interest-Cercion #7, Lea County, NM | | None | J | U | | | | | |
| 4. --Working Interest-Garza #1, Lea County, NM | | None | J | U | | | | | |
| 5. --Working Interest - Shell State #1, Lea County, NM | B | Royalty | J | U | | | | | |
| 6. --Working Interest - Shell State #2, Lea County, NM | A | Royalty | J | U | | | | | |
| 7. --Working Interest - Shell State #3, Lea County, NM | B | Royalty | J | U | | | | | |
| 8. --Working Interest - Shell State #4, Lea County, NM | A | Royalty | J | U | | | | | |
| 9. --Working Interest - Shell State #6, Lea County, NM | A | Royalty | J | U | | | | | |
| 10. --Working Interest - Shell State #5, Lea County, NM | | None | J | U | | | | | |
| 11. --Working Interest - Sneddy Federal #1, Lea County, NM | C | Royalty | J | U | | | | | |
| 12. --Working Interest - West Loving #1, Eddy County, NM | | None | J | U | | | | | |
| 13. --Working Interest - Queen Lake 36 #1, Eddy County NM | A | Royalty | J | U | | | | | |
| 14. --Working Interest - Milano St #1, Eddy County, NM | A | Royalty | J | U | | | | | |
| 15. --Working Interest - Milano St #2, Eddy County, NM | A | Royalty | J | U | | | | | |
| 16. --Working Interest - Tirano St, Eddy County, NM | A | Royalty | J | U | | | | | |
| 17. --Working Interest - Hopi Federal, Lea County, NM | A | Royalty | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --Working Interest - Tomcat 16 St #2, Eddy County, NM | A | Royalty | J | U | | | | | |
| 19. --Working Interest - Tomcat 16 St #3, Eddy County, NM | A | Royalty | J | U | | | | | |
| 20. --Working Interest - Tomcat 16 St #4, Eddy County, NM | A | Royalty | J | U | | | | | |
| 21. --Working Interest - Tomcat 16 St #6, Eddy County, NM | A | Royalty | J | U | | | | | |
| 22. --Working Interest - Tomcat 16 St #7, Eddy County, NM | A | Royalty | J | U | | | | | |
| 23. --Working Interest - Tomcat 16 St #8, Eddy County, NM | A | Royalty | J | U | | | | | |
| 24. --Working Interest - Tomcat 16 St #10, Eddy County, NM | A | Royalty | J | U | | | | | |
| 25. --Working Interest - Tomcat 16 Fed #13, Eddy County, NM | A | Royalty | J | U | | | | | |
| 26. --Working Interest - Oxy Federal #1, Eddy County, NM | B | Royalty | K | U | | | | | |
| 27. --Willow Lake 35 #1, Eddy County, NM | A | Royalty | J | U | | | | | |
| 28. --Working Interest - N Scanlon, Eddy County, NM | | None | J | U | | | | | |
| 29. --Working Interest - Forty Niner Ridge Unit 3 | B | Royalty | J | U | | | | | |
| 30. --Working Interest - Forty Niner Ridge Unit 2 | C | Royalty | J | U | | | | | |
| 31. --Working Interest - Forty Niner Ridge Unit 4 | C | Royalty | J | U | | | | | |
| 32. --Working Interest - Forty Niner Ridge Unit 6 | B | Royalty | J | U | | | | | |
| 33. --Working Interest - Forty Niner Ridge Unit 1 | | None | J | U | | | | | |
| 34. --Working Interest - USP Fee #2, Eddy County, NM | D | Royalty | K | U | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Working Interest - Forty Niner Ridge Unit 9 | D | Royalty | K | U | | | | | |
| 36. --Single Member LLC | | | | | | | | | See Note 1, Part VIII |
| 37. ----NM Bank & Trust Checking/Savings | | None | J | T | | | | | |
| 38. ----Rental Property #3, Albuquerque, NM (2006, $663,074) | F | Rent | O | R | | | | | |
| 39. ----Vacant land #2, Albuquerque, NM (2006, $900,754) | | None | O | R | | | | | |
| 40. ----Rental Property #2, Albuquerque, NM (2005, $611,855) | E | Rent | O | R | | | | | |
| 41. --Fidelity Municipal Money Market (Tax Exempt) | A | Dividend | | | | | | | |
| 42. --Baron Partners Fund | | | | | Sold | 05/19/09 | J | A | |
| 43. --Vanguard Total Stock Market | A | Dividend | | | Sold | 05/19/09 | K | A | |
| 44. --Checking Account at New Mexico Bank & Trust | | None | K | T | | | | | |
| 45. Trust #1 - Vanguard Brokerage Acct - Prime Money Market | A | Dividend | J | T | | | | | |
| 46. Trust #1 - Treasury Bills | B | Interest | O | T | | | | | |
| 47. Trust #1 - Savings Bonds | D | Interest | L | T | | | | | |
| 48. Trust #1 (Brokerage Account at Fidelity) | | | | | | | | | See NOTE 1 @ Part VIII |
| 49. --Fidelity Municipal Money Market | A | Dividend | J | T | | | | | |
| 50. IRA #1 (Fidelity Brokerage Account) | | | | | | | | | See NOTE 1 @ Part VIII |
| 51. --EMC Common Stock | | None | J | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less       K =$15,001 - $50,000     L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal             R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)            U =Book Value            V =Other                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. --Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 53. --PMC - Sierra Common Stock | | None | J | T | | | | | |
| 54. --Charles Schwab Common Stock | A | Dividend | J | T | | | | | |
| 55. --Tellabs Common Stock | | None | J | T | | | | | |
| 56. --Xilinx Common Stock | A | Dividend | J | T | | | | | |
| 57. --Baron Small Cap Fund | A | Dividend | M | T | Buy (add'l) | 05/28/09 | J | | |
| 58. --Baron Partners Fund | | None | L | T | | | | | |
| 59. --Dodge & Cox Interntl Stock Fund | A | Dividend | K | T | Buy (add'l) | 12/21/09 | J | | |
| 60. --Meridian Growth Fund | A | Dividend | M | T | Buy (add'l) | 12/22/09 | J | | |
| 61. --Rydex Nasdaq 100 Formerly Known As Rydex OTC Inv Class | | None | M | T | | | | | |
| 62. --Vanguard Int'l Growth Portfolio | B | Dividend | L | T | Buy (add'l) | 12/15/09 | J | | |
| 63. --Vanguard Total Stock Market | C | Dividend | M | T | Buy (add'l) | 03/24/09 | J | | |
| 64. | | | | | Buy (add'l) | 06/15/09 | J | | |
| 65. | | | | | Buy (add'l) | 06/23/09 | J | | |
| 66. | | | | | Buy (add'l) | 09/23/09 | J | | |
| 67. | | | | | Buy (add'l) | 12/21/09 | J | | |
| 68. --Fidelity Cash Reserves | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. --Fidelity Int'l Discovery | A | Dividend | K | T | Buy (add'l) | 12/04/09 | J | | |
| 70. IRA #2 (Fidelity Brokerage Account) | | | | | | | | | See NOTE 1 @ Part VIII |
| 71. --AllianceBern Global Thematic Gr A (Mutual Fund) | A | Dividend | K | T | Buy (add'l) | 11/24/09 | J | | See NOTE 2 @ Part VIII |
| 72. --Putnam Vista Class A | | None | J | T | | | | | |
| 73. --Vanguard Total Stock Market | A | Dividend | K | T | Buy (add'l) | 03/24/09 | J | | |
| 74. | | | | | Buy (add'l) | 06/15/09 | J | | |
| 75. | | | | | Buy (add'l) | 06/23/09 | J | | |
| 76. | | | | | Buy (add'l) | 09/23/09 | J | | |
| 77. | | | | | Buy (add'l) | 12/21/09 | J | | |
| 78. --Fidelity Cash Reserve | A | Dividend | J | T | | | | | |
| 79. --Baron Partners Fund | | None | J | T | | | | | |
| 80. Custodial Account #3 | | | | | | | | | See NOTE 1 @ Part VIII |
| 81. --Vanguard Total Stock Market | A | Dividend | J | T | Buy (add'l) | 03/24/09 | J | | |
| 82. | | | | | Buy (add'l) | 06/23/09 | J | | |
| 83. | | | | | Buy (add'l) | 09/23/09 | J | | |
| 84. | | | | | Buy (add'l) | 12/21/09 | J | | |
| 85. --Fidelity Municipal Money Market | | None | J | T | | | | | |

1. Income Gain Codes.      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Baron Partners Fund | | None | J | T | | | | | |
| 87. Oppenheimer Scholar's Edge 529 Acct #1 (A. G. Edwards) | | None | K | T | | | | | |
| 88. Oppenheimer Scholar's Edge 529 Acct #2 (A. G. Edwards) | | None | K | T | | | | | |
| 89. Checking Account - Wells Fargo Bank | A | Interest | J | T | | | | | |
| 90. | | | | | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE 1 - The items listed in Section VII that have the note "See NOTE 1 @ Part VIII" in Column D(5) are headers only. The specific assets held in that corporation/trust/accounts are indented and listed individually following the header.

NOTE 2 - The name on this fund changed from AllianceBernstein Global Technology Class A to AllianceBern Global Thematic Gr A

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Si

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FA                                  \Y BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544